IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TINA ARENSDORF, | ) | |
| | ) | Case No. 7:08-CV-5001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| WEST PARK TOWNHOMES, L.L.C. and | ) | |
| EXCEL DEVELOPMENT GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff, Tina Arensdorf, and the Defendants West Park Townhomes, L.L.C. and Excel Development Group, by and through their respective attorneys, hereby stipulate that this action be dismissed with prejudice, each party to bear their own costs.

TINA ARENSDORF, Plaintiff,

By:   s/Patrick M. Flood
      Patrick M. Flood, #19042
      Emily L. Jung, #23080
      HOTZ, WEAVER, FLOOD, BREITKREUTZ
         & GRANT
      444 Regency Parkway Drive, Suite 310
      Omaha, Nebraska 68114
      (402) 397-1140
      (402) 397-1199 (facsimile)


WEST PARK TOWNHOMES, L.L.C.,
and EXCEL DEVELOPMENT GROUP,
Defendants,

By:   s/Mark M. Schorr
      Mark M. Schorr, #17066
      ERICKSON & SEDERSTROM, P.C.
      301 South 13th Street, Suite 400
      Lincoln, Nebraska 68508
      Telephone: (402) 476-1000
      Fax: (402) 476-6167
      E-mail: schorr@eslaw.com