IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TINA ARENSDORF, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WEST PARK TOWNHOMES, L.L.C. and ) <br> EXCEL DEVELOPMENT GROUP, ) <br> ) <br> Defendants. ) | Case No. 7:08-CV-5001 <br><br> **JUDGMENT** |

Pursuant to the parties' Joint Stipulation (Filing 30), and Fed. R. Civ. P. 41(a), this action is dismissed with prejudice, each party to bear their own costs.

DATED: November 26, 2008.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge